**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KIRAN VUPPALA,                                  CASE NO: 1:19-cv-07716-KPF

    Plaintiff,

vs.

234 WEST 14TH STREET REST.
LLC, a New York limited liability
company aka WOODY MCHALE'S
LLC, d/b/a WOOD AND ALE'S, and
234-236 W 14TH LLC, a New York
limited liability company,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff, KIRAN VUPPALA, and Defendants, 234 WEST 14TH STREET REST. LLC, a New York limited liability company aka WOODY MCHALE'S LLC, d/b/a WOOD AND ALE'S, and 234-236 W 14TH LLC, a New York limited liability company, by and through the respective undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case, which shall result in the dismissal of all claims against all parties and the entire case. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. As such, the parties hereby respectfully request the Conference scheduled for November 12, 2019 be canceled, as this matter has been fully settled.

    Dated: This 7th day of November, 2019.

| | |
|---|---|
| By: _S/ B. Bradley Weitz_ | By: _S/ Paul S. Zilberfein_ |
|     B. Bradley Weitz, Esq. |     Paul S. Zilberfein, Esq. |
|     The Weitz Law Firm, P.A. |     The Paul Zilberfein Law Firm |
|     Bank of America Building |     470 Mamaroneck Avenue, Suite 409 |
|     18305 Biscayne Blvd., Suite 214 |     White Plains, NY 10605 |
|     Aventura, FL 33160 |     Telephone: (914) 295-0110 |
|     Telephone: (305) 949-7777 |     Facsimile: (914) 297-6444 |
|     Facsimile: (305) 704-3877 |     Email: paul@zilberfeinlaw.com |
|     Email: bbw@weitzfirm.com |     Attorney for 234 West 14th Street Rest. LLC |
|     Attorney for Plaintiff | |

By: <u>S/ Ranakdevi C. Londoner</u>
    Ranakdevi C. Londoner, Esq.
    Kossoff & Unger
    217 Broadway, Suite 401
    New York, NY 10007
    Telephone: (212) 267-6364
    Facsimile: (212) 385-2558
    Email: rlondoner@kaulaw.com
    Attorney for 234-236 W 14th LLC